No. — – ——.   MCDONALD v. BLACK.   Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

No. 109, Orig.   OKLAHOMA ET AL. v. NEW MEXICO.   It is ordered that Jerome C. Muys, Esq., of Washington, D. C., be appointed Special Master in this case with authority to fix the time and conditions for the filing of additional pleadings and to direct subsequent proceedings, and the authority to summon witnesses, issue subpoenas, and take such evidence as may be introduced and such as he may deem necessary to call for.   The Master is directed to submit such reports as he may deem appropriate.

The compensation of the Master, the allowances to him, the compensation paid to his legal, technical, stenographic, and clerical assistants, the cost of printing his report, and all other proper expenses, including travel expenses, shall be charged against and be borne by the parties in such proportion as the Court may hereafter direct.   [For earlier order herein, see *ante,* p. 808.]

No. 85–1765.   BANKERS LIFE & CASUALTY CO. v. CRENSHAW.   Sup. Ct. Miss.   [Probable jurisdiction noted, 480 U. S. 915.]   Motion of appellant for leave to file a supplemental brief after argument granted.   JUSTICE STEVENS took no part in the consideration or decision of this motion.

No. 86–1836.   NEW YORK STATE CLUB ASSN., INC. v. CITY OF NEW YORK ET AL.   Ct. App. N. Y.   [Probable jurisdiction noted, *ante,* p. 812.]   Motion of Licensing Board of the City of Boston for leave to file a brief as *amicus curiae* granted.

No. 87–59.   UNITED STATES POSTAL SERVICE v. NATIONAL ASSOCIATION OF LETTER CARRIERS, AFL–CIO.   C. A. D. C. Cir.   [Certiorari granted, *ante,* p. 984.]   Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 87–157.   ALLIED TUBE & CONDUIT CORP. v. INDIAN HEAD, INC.   C. A. 2d Cir.   [Certiorari granted, *ante,* p. 814.]   Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument denied.